UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-04051-5-PWM |
| John Adam Kozak | Chapter 7 |
|         Debtor | |
| | |
| **DWAYNE AYERS, et al,** | |
|         **Plaintiffs** | |
| | ADVERSARY PROCEEDING |
| v. | NUMBER: 25-00145-5-PWM |
| **JOHN ADAM KOZAK,** | |
|         **Defendant** | |

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADINGS

**COMES NOW** the Defendant John Adam Kozak hereby moves the Court for an order extending the time for the Defendant to file responsive pleadings in the above referenced Adversary Proceeding. In support of the Motion, the Defendant shows to the Court the following:

1. The Complaint was filed on July 30, 2025. The Clerk issued the summons in this matter on that same day.

2. The time for filing responsive pleadings expires on 29 August 2025.

3. Defendant has been trying to retain counsel but as of this filing, has not yet retained counsel to appear in this action on his behalf.

4. Once counsel is retained, counsel and the Defendant will require additional time in order to investigate and prepare a proper response.

5. The Defendant prays that the Court extend the deadline for 30 days, up to and including 28 September 2025.

DATE: __8/28/2025__

                                                                            John Kozak

## CERTIFICATE OF SERVICE

     I, John Kozak, state that on this day, I served copies of the foregoing Motion on the following parties, by placing a letter in the U.S. Mail, first class, postage pre-paid addressed as follows:

James S. Livermon, III
Womble Bond Dickinson (US) LLP
555 Fayetteville St, Ste 1100
Raleigh, NC 27601

     I certify under penalty of perjury that the foregoing is true and correct.

This  28   day of August 2025.

_____
John Kozak