UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NORTH CAROLINA RALEIGH DIVISION IN RE: JOHN ADAM KOZAK, Debtor

_____

DWAYNE AYERS, et al, Plaintiffs v. JOHN ADAM KOZAK, Defendant CASE NO. 24-04051-5-PWM Chapter 7 ADVERSARY PROCEEDING NUMBER: 25-00145-5-PWM

Answer

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NORTH CAROLINA RALEIGH DIVISION IN RE: JOHN ADAM KOZAK, Debtor

_____

DWAYNE AYERS, et al, Plaintiffs v. JOHN ADAM KOZAK, Defendant CASE NO. 24-04051-5-PWM Chapter 7 ADVERSARY PROCEEDING NUMBER: 25-00145-5-PWM MOTION FOR EXTENSION OF TIME

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NORTH CAROLINA RALEIGH DIVISION IN RE: JOHN ADAM KOZAK, Debtor

_____

DWAYNE AYERS, et al, Plaintiffs v. JOHN ADAM KOZAK, Defendant CASE NO. 24-04051-5-PWM Chapter 7 ADVERSARY PROCEEDING NUMBER: 25-00145-5-PWM MOTION FOR EXTENSION OF TIME

FILE NO.: 24CVS001928-090

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT ) | |
| EASTERN DISTRICT OF NORTH ) | |
| ) | |
| CAROLINA RALEIGH DIVISION IN RE: ) | **ANSWER** |
| ) | |
| JOHN ADAM KOZAK, Debtor ) | |
| ) | |
| _____ ) | |

DWAYNE AYERS, et al, Plaintiffs v. JOHN ADAM KOZAK, Defendant CASE NO. 24-04051-5-PWM Chapter 7 ADVERSARY PROCEEDING NUMBER: 25-00145-5- ANSWER )))

The defendant John Adam Kozak answering the claim for relief filed by the plaintiff, do hereby allege and say:

## MOTION TO DISMISS / 12(B)(6)

The undersigned defendants hereby move the Court pursuant to Rule 12(b)(6) of the North Carolina Rules of Civil Procedure that the Complaint filed by the plaintiff in the above-captioned case be dismissed on the ground that the Complaint fails to state a claim upon which relief can be granted.

## FIRST DEFENSE
## RESPONSE TO SPECIFIC ALLEGATIONS

Responding to the specific allegations contained in the plaintiff's claim for relief, the undersigned defendants do hereby allege and say:

1. The allegations contained in Paragraph 1 are denied.
2. The allegations contained in Paragraph 2 are denied.
3. The allegations contained in Paragraph 3 are denied.
4. The allegations contained in Paragraph 4 are denied.
5. The allegations contained in Paragraph 5 are denied.
6. The allegations contained in Paragraph 6 are denied.
7. The allegations contained in Paragraph 7 are denied.
8. The allegations contained in Paragraph 8 are denied.
9. The allegations contained in Paragraph 9 are denied.

10. The allegations contained in Paragraph 10 are denied.

11. The allegations contained in Paragraph 11 are denied.

12. The allegations contained in Paragraph 12 are denied.

13. The allegations contained in Paragraph 13 are denied.

14. The allegations contained in Paragraph 14 are denied.

15. The allegations contained in Paragraph 15 are denied.

16. The allegations contained in Paragraph 16 are denied.

17. The allegations contained in Paragraph 17 are denied.

18. The allegations contained in Paragraph 18 are denied.

19. The allegations contained in Paragraph 19 are denied.

20. The allegations contained in Paragraph 20 are denied.

21. The allegations contained in Paragraph 21 are denied.

22. The allegations contained in Paragraph 22 are denied.

23. The allegations contained in Paragraph 23 are denied.

24. The allegations contained in Paragraph 24 are denied.

25. The allegations contained in Paragraph 25 are denied.

26. The allegations contained in Paragraph 26 are denied.

27. The allegations contained in Paragraph 27 are denied.

28. The allegations contained in Paragraph 28 are denied.

29. The allegations contained in Paragraph 28 are denied.

30. The allegations contained in Paragraph 30 are denied.

31. The allegations contained in Paragraph 31 are denied.

32. The allegations contained in Paragraph 32 are denied.

33. The allegations contained in Paragraph 33 are denied.

34. The allegations contained in Paragraph 34 are denied.

35. The allegations contained in Paragraph 35 are denied.

36. The allegations contained in Paragraph 36 are denied.

37. The allegations contained in Paragraph 37 are denied.

38. The allegations contained in Paragraph 38 are denied.

39. The allegations contained in Paragraph 39 are denied.

40. The allegations contained in Paragraph 40 are denied.

41. The allegations contained in Paragraph 41 are denied.

42. The allegations contained in Paragraph 42 are denied.

43. The allegations contained in Paragraph 43 are denied.

44. The allegations contained in Paragraph 44 are denied.

45. The allegations contained in Paragraph 45 are denied.

46. The allegations contained in Paragraph 46 are denied.

47. The allegations contained in Paragraph 47 are denied.

48. The allegations contained in Paragraph 48 are denied.

49. The allegations contained in Paragraph 49 are denied.

50. The allegations contained in Paragraph 50 are denied.

51. The allegations contained in Paragraph 51 are denied.

52. The allegations contained in Paragraph 52 are denied.

53. The allegations contained in Paragraph 53 are denied.

54. The allegations contained in Paragraph 54 are denied.

55. The allegations contained in Paragraph 55 are denied.

56. The allegations contained in Paragraph 56 are denied.

57. The allegations contained in Paragraph 57 are denied.

58. The allegations contained in Paragraph 58 are denied.

59. The allegations contained in Paragraph 59 are denied.

60. The allegations contained in Paragraph 60 are denied.

61. The allegations contained in Paragraph 61 are denied.

62. The allegations contained in Paragraph 62 are denied.

63. The allegations contained in Paragraph 63 are denied.

64. The allegations contained in Paragraph 64 are denied.

65. The allegations contained in Paragraph 65 are denied.


66. The allegations contained in Paragraph 66 are denied.

67. The allegations contained in Paragraph 67 are denied.

68. The allegations contained in Paragraph 68 are denied.

69. The allegations contained in Paragraph 69 are denied.

70. The allegations contained in Paragraph 70 are denied.

71. The allegations contained in Paragraph 71 are denied.

72. The allegations contained in Paragraph 72 are denied.

73. The allegations contained in Paragraph 73 are denied.

74. The allegations contained in Paragraph 74 are denied.

75. The allegations contained in Paragraph 75 are denied.

76. The allegations contained in Paragraph 76 are denied.

77. The allegations contained in Paragraph 77 are denied.

78. The allegations contained in Paragraph 78 are denied.

79. The allegations contained in Paragraph 79 are denied.

80. The allegations contained in Paragraph 80 are denied.

81. The allegations contained in Paragraph 81 are denied.

82. The allegations contained in Paragraph 82 are denied.

83. The allegations contained in Paragraph 83 are denied.

84. The allegations contained in Paragraph 84 are denied.

85. The allegations contained in Paragraph 85 are denied.

86. The allegations contained in Paragraph 86 are denied.

87. The allegations contained in Paragraph 87 are denied.

88. The allegations contained in Paragraph 88 are denied.

89. The allegations contained in Paragraph 89 are denied.

90. The allegations contained in Paragraph 90 are denied.

91. The allegations contained in Paragraph 91 are denied.

92. The allegations contained in Paragraph 92 are denied.

93. The allegations contained in Paragraph 93 are denied.

94. The allegations contained in Paragraph 94 are denied.

95. The allegations contained in Paragraph 95 are denied.

96. The allegations contained in Paragraph 96 are denied.

97. The allegations contained in Paragraph 97 are denied.

98. The allegations contained in Paragraph 98 are denied.

99. The allegations contained in Paragraph 99 are denied.

100. The allegations contained in Paragraph 100 are denied.

101. The allegations contained in Paragraph 101 are denied.

102. The allegations contained in Paragraph 102 are denied.

103. The allegations contained in Paragraph 103 are denied.

104. The allegations contained in Paragraph 104 are denied.

105. The allegations contained in Paragraph 105 are denied.

106. The allegations contained in Paragraph 106 are denied.

107. The allegations contained in Paragraph 107 are denied.

108. The allegations contained in Paragraph 108 are denied.

109. The allegations contained in Paragraph 109 are denied.

110. The allegations contained in Paragraph 110 are denied.

111. The allegations contained in Paragraph 111 are denied.

112. The allegations contained in Paragraph 112 are denied.

113. The allegations contained in Paragraph 113 are denied.

114. The allegations contained in Paragraph 114 are denied.

115. The allegations contained in Paragraph 115 are denied.

116. The allegations contained in Paragraph 116 are denied.

117. The allegations contained in Paragraph 117 are denied.

118. The allegations contained in Paragraph 118 are denied.

119. The allegations contained in Paragraph 119 are denied.

120. The allegations contained in Paragraph 120 are denied.

121. The allegations contained in Paragraph 121 are denied.

122. The allegations contained in Paragraph 122 are denied.

123. The allegations contained in Paragraph 123 are denied.

124. The allegations contained in Paragraph 124 are denied.

125. The allegations contained in Paragraph 125 are denied.

126. The allegations contained in Paragraph 126 are denied.

127. The allegations contained in Paragraph 127 are denied.

128. The allegations contained in Paragraph 128 are denied.

129. The allegations contained in Paragraph 129 are denied.

130. The allegations contained in Paragraph 130 are denied.

131. The allegations contained in Paragraph 131 are denied.

132. The allegations contained in Paragraph 132 are denied.

133. The allegations contained in Paragraph 133 are denied.

134. The allegations contained in Paragraph 134 are denied.

135. The allegations contained in Paragraph 135 are denied.

136. The allegations contained in Paragraph 136 are denied.

137. The allegations contained in Paragraph 137 are denied.

138. The allegations contained in Paragraph 138 are denied.

139. The allegations contained in Paragraph 139 are denied.

140. The allegations contained in Paragraph 140 are denied.

141. The allegations contained in Paragraph 141 are denied.

142. The allegations contained in Paragraph 142 are denied.

143. The allegations contained in Paragraph 143 are denied.

144. The allegations contained in Paragraph 144 are denied.

145. The allegations contained in Paragraph 145 are denied.

146. The allegations contained in Paragraph 146 are denied.

147. The allegations contained in Paragraph 147 are denied.

148. The allegations contained in Paragraph 148 are denied.

149. The allegations contained in Paragraph 149 are denied.

150. The allegations contained in Paragraph 150 are denied.

151. The allegations contained in Paragraph 151 are denied.

152. The allegations contained in Paragraph 152 are denied.

153. The allegations contained in Paragraph 153 are denied.

154. The allegations contained in Paragraph 154 are denied

**THESE ANSWERING DEFENDANTS HEREBY DENY ANY AND ALL ALLEGATIONS OF THE COMPLAINT NOT SPECIFICALLY ADMITTED HEREIN.**

## SECOND DEFENSE
## PROXIMATE CAUSE

As a further answer and defense to the plaintiff's right to recover, the undersigned defendants do hereby allege and say that should it be adjudicated at the trial of this case that the undersigned defendants were responsible as alleged in the plaintiff's Complaint, which is again specifically denied, then, in that event, the undersigned defendants allege and say that any such actions were not a proximate cause of the plaintiff's damages, if any, and this lack of proximate cause is hereby plead in bar of the plaintiff's right to recover from the undersigned defendants.

## THIRD DEFENSE
## FAILURE TO MITIGATE

As a further answer and defense to the plaintiff's right to recover, the undersigned defendants do hereby allege and say that should it be adjudicated at the trial of this case that the undersigned defendants were responsible as alleged in the plaintiff's Complaint and that such actions were a proximate cause of the damages alleged in the plaintiff's Complaint, which is again specifically

denied, then, in that event, the undersigned defendants allege and say that the plaintiff's actual damages, if any, should be reduced as a result of the plaintiff's failure to exercise that degree of care which a reasonably prudent person would use under the same or similar circumstances to avoid and/or minimize their damages. This failure to mitigate is hereby pled in bar of the plaintiff's right to recover from the undersigned defendants.

## FOURTH DEFENSE
## BREACH OF CONTRACT

As a further answer and defense to the plaintiff's right to recover, these answering defendants allege and say that the claim for relief filed by the plaintiff should be barred by the plaintiff's breach of their contract with Stellar Beach Realty & Rentals, LLC.

## FIFTH DEFENSE
## EQUITABLE DEFENSES

As a further answer and defense to the plaintiff's right to recover, and without waiving any of the foregoing defenses, the undersigned defendants do hereby allege and say that the plaintiff's claims should be barred by the equitable defenses of unclean hands, unjust enrichment, and any other equitable defenses or doctrines that may be developed during discovery.

## RESERVATION OF RIGHT TO ASSERT FUTURE DEFENSES

As a further response to the allegations contained in the plaintiff's Complaint, the undersigned defendants hereby reserve the right to amend this Answer to assert any other appropriate defenses if such defenses are supported by the facts and evidence that are determined after the undersigned defendants conduct further investigation and discovery and have had an opportunity to depose the plaintiff and other witnesses, and the undersigned defendants hereby put the plaintiff on notice that if such defenses are supported by the facts, the undersigned defendants

will amend this Answer at such appropriate time.

WHEREFORE, the defendants pray the Court as follows:

1. That the plaintiff have and recover nothing of the undersigned defendants;

2. That the plaintiff's cause of action be dismissed with prejudice;

3. That a trial by jury be had on all issues of fact arising in this case;

4. That the undersigned defendants be awarded reasonable attorney's fees;

5. That the costs of this action be taxed against the plaintiff; and,

6.     For such other and further relief as the Court may deem just and proper.

THIS the __29th___ day of September, 2025.

                                                        John Adam Kozak

CERTIFICATE OF SERVICE I, John Kozak state that on this day, I served copies of the foregoing Motion on the following parties, by placing a letter in the U.S. Mail, first class, postage pre-paid addressed as follows: James S. Livermon, III Womble Bond Dickinson (US) LLP 555 Fayetteville St, Ste 1100 Raleigh, NC 27601 I certify under penalty of perjury that the foregoing is true and correct. This \_\_\_29\_\_ day of September 2025. _____

John Adam Kozak