UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | |
| JOHN ADAM KOZAK, | CASE NO. 24-04051-5-PWM |
| DEBTOR | CHAPTER 7 |
| | |
| DWAYNE AND KAREN P. AYERS, CHRIS AND DANIELLE BOUKEDES/LONE PALM LLC, JUSTIN AND SARAH-MARGARET CHURCH, ARRINGTON AND COURTNEY DRIVER, CHADWICK FRYE/FRYE PROPERTY, LLC, LYNDSEY AND CHRISTOPHER GIBSON/RHOBACK PROPERTIES, LLC, JESSICA AND DAVID GORDON/SUNKISSED NC, LLC, MASON GOSSE/MARSHALL LANE DESIGN & INTERIOR LLC, BRIAN HARDWICK/HARDWICK NC PROPERTIES, LLC/SPF603 LLC, DENNIS AND ERIN HICKS, JOHN AND NIKKI HUEBNER/HUEBNER REALTY PROS LLC, BENJAMIN KOBERNA, JOSEPH AND CHRISTINE LONGO, SONYA AND DAVID MASON, GLENN AND MATTHEW AND KIMBERLY MCKINNEY, LORI AND BARRY PRY, CARI RABINOWITZ, SARAH AND ANDRE RANADIVE, JUSTIN AND TONYA SCIRANKO, JEFF AND DEBBIE VANDEVEN, MATTIE AND ROBERT WALKER, DONNIE AND MELISSA WILLIAMS/AT LAST 3, LLC | ADV. PRO. NO. 25-00145-5-PWM |
|       PLAINTIFFS, | |
| v. | |
| JOHN ADAM KOZAK | |
|       DEFENDANT. | |

## MEMORANDUM

To: John Adam Kozak

   The opposing party has filed a motion for judgment on the pleadings in the above captioned adversary proceeding. A motion for judgment on the pleadings is a procedure allowing the court to enter a final decision without conducting a trial. Motions for judgment on the pleadings are governed by Rule 12(c) of the Federal Rules of Civil Procedure.

   Rule 12(c) of the Federal Rules of Civil Procedure provides that after the pleadings are closed, but early enough not to delay trial, a party may move for judgment on the pleadings. When evaluating the motion and the response in opposition, the court is limited to only considering what is contained within the pleadings. Nothing outside the pleadings, like an affidavit, will be considered by the court in connection with this motion. If the court finds that the pleadings do not establish that the plaintiffs are entitled to judgment as a matter of law, the proceeding will proceed to trial. However, if the court finds that the plaintiffs are entitled to judgment as a matter of law based on the pleadings, it will enter judgment without holding a trial.

   Local Bankruptcy Rule 7007-1, EDNC, allows you to make a "written response to any motion within twenty-one (21) days after service of the motion in question unless otherwise ordered by the court." If you fail to respond, the court may grant the motion. The response must detail why the plaintiffs in the above captioned adversary proceeding are not entitled to judgment as a matter of law based on the pleadings.

   Copies of your filings with the court must be furnished to opposing counsel. Your response in opposition to the motion in this proceeding must be filed on or before March 12, 2026.

   Be aware that a knowing assertion of a falsehood, if proven, constitutes perjury punishable by law. All facts, affidavits, or declarations which you wish the court to consider must either be sworn to before a notary or contain the following statement: "I declare under penalty of perjury that the foregoing is true and correct. Executed on [date]."

DATED: February 25, 2026

                   Stephanie J. Butler
                   Clerk of Court