**SO ORDERED**

**SIGNED this 21 day of July, 2026.**

Pamela W. McAfee
United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:**

**JOHN ADAM KOZAK,**

**DEBTOR**

**CASE NO.**
**24-04051-5-PWM**
**CHAPTER 7**

---

**DWAYNE AYERS, KAREN AYERS, CHRIS BOUKEDES, LONE PALM LLC, JUSTIN CHURCH, SARAH-MARGARET CHURCH, ARRINGTON DRIVER, COURTNEY DRIVER, CHADWICK FRYE, FRYE PROPERTY LLC, LINDSEY GIBSON, CHRISTOPHER GIBSON, RHOBACK PROPERTIES LLC, JESSICA and DAVID GORDON, SUNKISSED NC, LLC, MASON GOSSE, MARSHALL LANE DESIGN & INTERIOR LLC, JOYCE HAMILTON, BRIAN HARDWICK, HARDWICK NC PROPERTIES, LLC, SPF603 LLC, DENNIS HICKS, ERIN HICKS, JOHN and NIKKI HUEBNER, HUEBNER REALTY PROS LLC, BENJAMIN KOBERNA, JOSEPH LONGO, SONYA and DAVID MASON, MATTHEW and KIMBERLY MCKINNEY, LORI and BARRY PRY, CARI RABINOWITZ, SARAH and ANDRE RANADIVE, JUSTIN SCIRANKO, TONYA SCIRANKO, JEFF and DEBBI VANDEVEN, MATTIE WALKER, ROBERT WALKER, DARNELL WILLIAMS, III, MELISSA WILLIAMS, AT LAST 3, LLC,**
**PLAINTIFFS,**

**ADV. PRO. NO.**
**25-00145-5-PWM**

**v.**

**JOHN ADAM KOZAK,**
**DEFENDANT.**

**ORDER STAYING ADVERSARY PROCEEDING**

The matter before the court is plaintiffs' Motion to Stay and accompanying memorandum filed on June 29, 2026, D.E. 35 & 36. Defendant John Adam Kozak did not file a response to the motion, which was set for hearing on July 21, 2026, in Raleigh, North Carolina. Counsel for plaintiffs, Mr. Kozak, and the Bankruptcy Administrator (BA) appeared at the hearing. Mr. Kozak confirmed his lack of opposition to the motion.

As the court announced at the hearing, the motion is ALLOWED and the court will stay this adversary proceeding pending a final determination of the BA's adversary proceeding against Mr. Kozak, Adv. Pro. 25-00158-5-PWM. Upon resolution of that proceeding, the court will schedule a status conference to ascertain next steps in this adversary proceeding and to set a new scheduling order. In the interim, the court anticipates that plaintiffs will file periodic status reports regarding nonbankruptcy actions against third parties that may impact the claims in this adversary proceeding.

**END OF DOCUMENT**